# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: ROGER D. MCGEHEE §          Case No. 07-72517
       DEBRA L. MCGEHEE §
                        §
           Debtors      §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  10/17/2007 .

2)  The plan was confirmed on  01/28/2008 .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  01/01/1900.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  03/12/2008, 08/12/2009.

5)  The case was dismissed on  10/23/2009 .

6)  Number of months from filing or conversion to last payment:  18 .

7)  Number of months case was pending:  26 .

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  $61,410.00 .

10) Amount of unsecured claims discharged without full payment:  $0.00 .

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 10,052.50 |  |
| Less amount refunded to debtor | $ 0.00 |  |
| **NET RECEIPTS** |  | $ 10,052.50 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 |  |
| Court Costs | $ 0.00 |  |
| Trustee Expenses & Compensation | $ 747.38 |  |
| Other | $ 0.00 |  |
| **TOTAL EXPENSES OF ADMINISTRATION** |  | $ 4,247.38 |

Attorney fees paid and disclosed by debtor:          $ 0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| UNITED GUARANTY RESIDENTIAL | Sec | 4,236.00 | 3,934.19 | 3,934.19 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL | Sec | 6,000.00 | 10,186.86 | 6,000.00 | 4,777.05 | 1,028.07 |
| AMERICAN GENERAL FINANCIAL | Uns | 0.00 | 0.00 | 4,186.86 | 0.00 | 0.00 |
| LITTON LOAN SERVICING LP | Sec | 13,552.00 | 16,525.53 | 16,525.53 | 0.00 | 0.00 |
| AT & T PHONE SERVICE | Uns | 243.45 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,066.87 | 1,066.87 | 1,066.87 | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 237.04 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 170.59 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 2,154.04 | 2,218.92 | 2,218.92 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 2,418.54 | 2,418.54 | 2,418.54 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Uns | 140.48 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY | Uns | 123.10 | NA | NA | 0.00 | 0.00 |
| CHECK OFFENDER PROGRAM | Uns | 266.31 | NA | NA | 0.00 | 0.00 |
| CHERRY VALLEY DENTAL | Uns | 232.86 | NA | NA | 0.00 | 0.00 |
| DR. GLEN GROSELEK | Uns | 712.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| GLEN ELLYN CLINIC | Uns | 1,109.59 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| I.C.S. | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| INSIGHT COMMUNICATIONS | Uns | 99.38 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY STATES ATTORNEY | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 65.60 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO. | Uns | 764.58 | NA | NA | 0.00 | 0.00 |
| NICOR GAS COMPANY | Uns | 1,310.92 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 998.13 | 1,943.88 | 1,943.88 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Uns | 4,606.27 | NA | NA | 0.00 | 0.00 |
| RETRIEVAL MASTERS CREDITORS | Uns | 53.85 | NA | NA | 0.00 | 0.00 |
| REVENUE PRODUCTION | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOANS LLC | Uns | 519.75 | 544.75 | 544.75 | 0.00 | 0.00 |
| VEIN CLINICS OF AMERICA | Uns | 294.00 | NA | NA | 0.00 | 0.00 |
| WHEATON EYE CLINIC | Uns | 105.03 | 105.03 | 105.03 | 0.00 | 0.00 |
| LITTON LOAN SERVICING LP | Sec | 0.00 | 16,525.53 | 0.00 | 0.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 20,459.72 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,000.00 | $ 4,777.05 | $ 1,028.07 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 26,459.72 | $ 4,777.05 | $ 1,028.07 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 12,484.85 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 4,247.38 |
| Disbursements to Creditors | $ 5,805.12 |
| **TOTAL DISBURSEMENTS:** | $ 10,052.50 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  12/29/2009                   By:  /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**